UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**
_____

Darryl Scipio
Ousmane Al-Misri LLC
33 Halsey Street
First Floor
Newark, NJ 07102
Attorney for Debtor

In Re:

KEVIN VANPUTTEN

Case No.: _____19-11316_____

Chapter: _____13_____

Judge: _____Gambardella_____

## NOTICE OF REQUEST FOR LOSS MITIGATION – BY THE DEBTOR

I am/ We are the debtor(s) in this case and hereby request loss mitigation with respect to:

Property address: _____42-44 Oriental Street, Newark, NJ 07104_____

Creditor is the holder of: ☑ first mortgage or ☐ second mortgage.

I/We will make adequate protection payments to the above creditor each month in the following amount during the loss mitigation period: See Loss Mitigation Program and Procedures, Section V.A.1.a and VII.B.

Creditor __Carrington Mortgage Services__ Amount: $ ___$2,191.37___ Due date: _____2/1/2019_____

☐ I/We request to be excused from using the Loss Mitigation Portal due to undue hardship as set forth in detail below:

I understand that if the court orders loss mitigation in this case I am required to comply with the Loss Mitigation Program and Procedures and will participate in good faith. I understand that Loss Mitigation is voluntary, and that I am not required to enter into any agreement or settlement with any other party as part of this Loss Mitigation, and understand that no other party is required to enter into any agreement or settlement with me. I also understand **that I am not required to request dismissal of this case** as part of any resolution or settlement that is offered or agreed to during the Loss Mitigation Period. **I also certify that the property in question consists only of real property in which I hold an interest used as a principal residence.**

Date: 3/15/2019                              /s/ Kevin VanPutten
                                             Debtor


Date: _____               _____
                                             Joint Debtor (if any)


**Debtor Information:**

Print full name: Kevin VanPutten

Mailing address: 42-44 Oriental Street

Telephone number: 973-643-6715

Email address (if any): _____


**Debtor's Attorney Information:**

Name: Darryl Scipio

Address: 33 Halsey Street, First Floor, Newak, NJ 07102

Telephone number: 973-643-6715            Fax number: _____

Email address (if any): attorneyscipio@gmail.com


**Creditor Information: (if known)**

Name: Carrington Mortgage Services, LLC

Address: 2617 College Park Drive, Scottsbluff, NE 69361

Telephone number: 800-561-4567            Fax number: _____

Email address (if any): _____


**Creditor's Attorney Information: (if known)**

Name: KML Law Group, P.C.

Address: 701 Market Street, Suite 5000, Philadelphia, PA 19106

Telephone number: 215-627-1322            Fax number: _____

Email address (if any): _____


**Pursuant to Section V.A.1.a. of the Loss Mitigation Program and Procedures, the above named creditor has 14 days to file with the court, and serve on the debtor, debtor's attorney and trustee, an objection to this Request.**

*Revised 9/19/13*