UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Darryl Scipio
Ousmane Al-Misri LLC
33 Halsey Street
First Floor
Newark, NJ 07102
Attorney for Debtor

Case No.: 19-11316

Chapter: 13

In Re:

KEVIN VANPUTTEN

Judge: Gambardella

## CERTIFICATION OF SERVICE

1. I, __Darryl Scipio__ :

   ☒ represent __Kevin VanPutten__ in this matter.

   ☐ am the secretary/paralegal for _____, who represents _____ in this matter.

   ☐ am the _____ in this case and am representing myself.

2. On __March 15, 2019__, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

   Notice of Request for Loss Mitigation - By the Debtor
   Proposed Loss Mitigation Order
   Sent by ECF or US Mail to the addresses on the attached Matrix

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: __March 15, 2019__        /s/ Darryl Scipio
                                 Signature

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**
_____

Darryl Scipio
Ousmane Al-Misri LLC
33 Halsey Street
First Floor
Newark, NJ 07102
Attorney for Debtor

In Re:

KEVIN VANPUTTEN

Case No.: 19-11316

Chapter: 13

Judge: Gambardella

## NOTICE OF REQUEST FOR LOSS MITIGATION – BY THE DEBTOR

I am/ We are the debtor(s) in this case and hereby request loss mitigation with respect to:

Property address: 42-44 Oriental Street, Newark, NJ 07104

Creditor is the holder of: ☑ first mortgage or ☐ second mortgage.

I/We will make adequate protection payments to the above creditor each month in the following amount during the loss mitigation period: See Loss Mitigation Program and Procedures, Section V.A.1.a and VII.B.

Creditor  Carrington Mortgage Services    Amount: $ $2,191.37    Due date: 2/1/2019

☐ I/We request to be excused from using the Loss Mitigation Portal due to undue hardship as set forth in detail below:

I understand that if the court orders loss mitigation in this case I am required to comply with the Loss Mitigation Program and Procedures and will participate in good faith. I understand that Loss Mitigation is voluntary, and that I am not required to enter into any agreement or settlement with any other party as part of this Loss Mitigation, and understand that no other party is required to enter into any agreement or settlement with me. I also understand **that I am not required to request dismissal of this case** as part of any resolution or settlement that is offered or agreed to during the Loss Mitigation Period. **I also certify that the property in question consists only of real property in which I hold an interest used as a principal residence.**

Date: 3/15/2019                                    /s/ Kevin VanPutten
                                                   Debtor

Date: _____                       _____
                                                   Joint Debtor (if any)

**Debtor Information:**

Print full name: Kevin VanPutten

Mailing address: 42-44 Oriental Street

Telephone number: 973-643-6715

Email address (if any): _____

**Debtor's Attorney Information:**

Name: Darryl Scipio

Address: 33 Halsey Street, First Floor, Newak, NJ 07102

Telephone number: 973-643-6715        Fax number: _____

Email address (if any): attorneyscipio@gmail.com

**Creditor Information: (if known)**

Name: Carrington Mortgage Services, LLC

Address: 2617 College Park Drive, Scottsbluff, NE 69361

Telephone number: 800-561-4567        Fax number: _____

Email address (if any): _____

**Creditor's Attorney Information: (if known)**

Name: KML Law Group, P.C.

Address: 701 Market Street, Suite 5000, Philadelphia, PA 19106

Telephone number: 215-627-1322        Fax number: _____

Email address (if any): _____

**Pursuant to Section V.A.1.a. of the Loss Mitigation Program and Procedures, the above named creditor has 14 days to file with the court, and serve on the debtor, debtor's attorney and trustee, an objection to this Request.**

*Revised 9/19/13*

2

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Darryl Scipio
Ousmane Al-Misri LLC
33 Halsey Street
First Floor
Newark, NJ 07102
Attorney for Debtor

In Re:

KEVIN VANPUTTEN

Case No.: 19-11316

Chapter: 13

Judge: Gambardella

## LOSS MITIGATION ORDER

The relief set forth on the following pages, numbered 2 and 3, is hereby **ORDERED**.

- ☒ A Notice of Request for Loss Mitigation was filed by the debtor on ___03/15/2019___ .

- ☐ A Notice of Request for Loss Mitigation was filed by the creditor, _____ on _____ .

- ☐ The court raised the issue of Loss Mitigation, and the parties having had notice and an opportunity to object, and the Court having reviewed any objections thereto.

The Request concerns the following:

Property: 42-44 Oriental Street, Newark, NJ 07104

Creditor: _____

- ☐ It is hereby ORDERED that the Notice of Request for Loss Mitigation is denied.

- ☒ It is hereby ORDERED that the Notice of Request for Loss Mitigation is granted, and:

  - The debtor and creditor listed above are directed to participate in Loss Mitigation and are bound by the court's *Loss Mitigation Program and Procedures* (LMP).

  - The Loss Mitigation process shall terminate on _____ (90 days from the date of the entry of this order, unless extended as set forth in Section IX.B. of the LMP.

  - The debtor must make adequate protection payments to the creditor during the Loss Mitigation Period in the amount set forth in the *Notice and Request for Loss Mitigation*. See Sections V.A.1.a and VII.B. of the LMP.

  - If a relief from stay motion pursuant to section 362(d) is pending upon entry of this Order or if such a motion is filed during the loss mitigation period, the court may condition the stay upon compliance by the debtor with the fulfillment of the debtor's obligations under the Loss Mitigation Order. If the debtor fails to comply with the loss mitigation process and this Order, the creditor may apply to terminate the Order as specified in Section IX.C of the LMP and to obtain relief from the stay.

  - Within 14 days of termination of the loss mitigation period, the debtor must file with the court and serve all interested parties, the Local Form, *Loss Mitigation Final Report* as set forth in Section VII.C. of the LMP.

  - Extension of the LMP may be requested as specified in Section IX.B of the LMP.

☒ It is ORDERED that parties shall utilize the Loss Mitigation Portal during the Loss Mitigation Period, and it is further ORDERED that:

- Within 14 days of the date of this order, the creditor shall ensure that it is registered on the loss mitigation portal and that all of its initial loss mitigation document requirements are available on the portal.

- Within 35 days of the date of this order, the debtor shall upload and submit through the loss mitigation portal a completed Creditor's Initial Package.

- Within 10 business days of the debtor's submission of the Creditor's Initial Package, the creditor shall acknowledge receipt of same and designate the single point of contact for debtor's review.

❑ It is ORDERED that the debtor is excused from use of the Loss Mitigation Portal during the Loss Mitigation Period, and it is further ORDERED that:

- Within 14 days of the date of this order, the creditor shall designate a single point of contact, including the name and contact information of the contact and shall specify to the debtor the forms and documentation the creditor requires to initiate a review of the debtor's loss mitigation options.

- Within 21 days after receipt of the creditor's specifications regarding forms and documentation, the debtor shall provide the requested information.

- Within 10 business days of the debtor's submission, the creditor shall acknowledge receipt of the documentation.

*Revised 9/19/13*

3

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0312-2<br>Case 19-11316-RG<br>District of New Jersey<br>Newark<br>Mon Mar  4 00:02:29 EST 2019 | Santander Consumer USA Inc.<br>8585 N. Stemmons Fwy.<br>Ste 1100-N<br>Dallas, TX   75247-3822 | U.S. Bankruptcy Court<br>MLK Jr Federal Building<br>50 Walnut Street<br>Newark, NJ 07102-3550 |
| American Infosource<br>PO Box 248848<br>Oklahoma City, OK 73124-8848 | Capital One<br>PO Box 30281<br>Salt Lake City, UT 84130-0281 | Capital One Bank (USA), N.A.<br>4515 N Santa Fe Ave<br>Oklahoma City, OK 73118-7901 |
| Carrington Mortgage Services LLC<br>P.O. Box 5001<br>Westfield, IN 46074-5001 | EZPass<br>Customer Service Center<br>PO Box 52003<br>Newark, NJ 07101-8203 | Internal Revenue Service<br>Centralized Insolvency Operation<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 |
| (p)STATE OF NEW JERSEY<br>DIVISION OF TAXATION BANKRUPTCY UNIT<br>PO BOX 245<br>TRENTON NJ 08646-0245 | Santander Consumer USA<br>PO Box 961245<br>Fort Worth, TX 76161-0244 | Santander Consumer USA, Inc.<br>P.O. Box 560284<br>Dallas, TX 75356-0284 |
| U.S. Trustee<br>US Dept of Justice<br>Office of the US Trustee<br>One Newark Center Ste 2100<br>Newark, NJ 07102-5235 | Darryl Scipio<br>Ousmane Al-Misri LLC<br>33 Halsey Street<br>First Floor<br>Newark, NJ 07102-3046 | Kevin VanPutten<br>42-44 Oriental Street<br>Newark, NJ 07104-6019 |
| Marie-Ann Greenberg<br>Chapter 13 Standing Trustee<br>30 Two Bridges Rd<br>Suite 330<br>Fairfield, NJ 07004-1550 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

New Jersey Division of Taxation
Compliance Enforcement-Bankruptcy Unit
50 Barrack St., 9th Floor
PO Box 245
Trenton, NJ 08695-0267

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | |
|---|---|
| (u)Wilmington Savings Fund Society, FSB, as T | End of Label Matrix<br>Mailable recipients    15<br>Bypassed recipients     1<br>Total                   16 |