Form ntchrgbk

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 19−11316−RG
Chapter: 13
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Kevin VanPutten
   42−44 Oriental Street
   Newark, NJ 07104

Social Security No.:
   xxx−xx−2604

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 4/17/19 at 10:00 AM

to consider and act upon the following:

*27* – Objection to Application for Loss Mitigation (related document:25 Notice of Request for Loss Mitigation re:Carrington Mortgage Services, filed by Darryl Scipio on behalf of Kevin VanPutten. Objection deadline is 03/29/2019. filed by Debtor Kevin VanPutten) filed by Marie−Ann Greenberg on behalf of Marie−Ann Greenberg. (Attachments: # 1 Certificate of Service) (Greenberg, Marie−Ann)

Dated: 3/22/19

                                                Jeanne Naughton
                                                Clerk, U.S. Bankruptcy Court