Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 19−11316−RG
Chapter: 13
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Kevin VanPutten
   42−44 Oriental Street
   Newark, NJ 07104

Social Security No.:
   xxx−xx−2604

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 4/5/19.

Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: April 8, 2019
JAN: slm

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 19-11316-RG
Kevin VanPutten                                                           Chapter 13
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 2            Date Rcvd: Apr 08, 2019
                              Form ID: 148             Total Noticed: 16

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 10, 2019.
```
db              +Kevin VanPutten,    42-44 Oriental Street,    Newark, NJ 07104-6019
517980741       +Carrington Mortgage Services LLC,    P.O. Box 5001,    Westfield, IN 46074-5001
518061352        EZPass,   Customer Service Center,    PO Box 52003,    Newark, NJ 07101-8203
518061354       ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                  TRENTON NJ 08646-0245
                 (address filed with court:  New Jersey Division of Taxation,
                   Compliance Enforcement-Bankruptcy Unit,    50 Barrack St., 9th Floor,    PO Box 245,
                   Trenton, NJ 08695-0267)
518068818       +Vanz, LLC,   c/o Fein Such Kahn & Shepard PC,    7 Century Dr., Suite 201,
                  Parsippany, NJ 07054-4609
518143069       +Varius Holdings, LLC,    PO BOX 1931,   Burlingame, CA 94011-1931
518151698       +Wilmington Savings Fund Society, FSB, et al,    c/o Carrington Mortgage Services, LLC,
                  1600 South Douglass Road,    Anaheim, CA 92806-5948
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg              E-mail/Text: usanj.njbankr@usdoj.gov Apr 09 2019 00:13:16     U.S. Attorney,    970 Broad St.,
                  Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Apr 09 2019 00:13:13     United States Trustee,
                  Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                  Newark, NJ 07102-5235
cr              +EDI: DRIV.COM Apr 09 2019 03:48:00     Santander Consumer USA Inc.,    8585 N. Stemmons Fwy.,
                  Ste 1100-N,    Dallas, TX 75247-3822
518061350        EDI: AIS.COM Apr 09 2019 03:48:00     American Infosource,    PO Box 248848,
                  Oklahoma City, OK 73124-8848
518061351       +EDI: CAPITALONE.COM Apr 09 2019 03:48:00     Capital One,    PO Box 30281,
                  Salt Lake City, UT 84130-0281
518045041       +EDI: AIS.COM Apr 09 2019 03:48:00     Capital One Bank (USA), N.A.,    4515 N Santa Fe Ave,
                  Oklahoma City, OK 73118-7901
518061353       +EDI: IRS.COM Apr 09 2019 03:48:00     Internal Revenue Service,
                  Centralized Insolvency Operation,    P.O. Box 7346,   Philadelphia, PA 19101-7346
517980742       +EDI: DRIV.COM Apr 09 2019 03:48:00     Santander Consumer USA,    PO Box 961245,
                  Fort Worth, TX 76161-0244
518018475       +EDI: DRIV.COM Apr 09 2019 03:48:00     Santander Consumer USA, Inc.,    P.O. Box 560284,
                  Dallas, TX 75356-0284
                                                                                               TOTAL: 9
```

```
            ***** BYPASSED RECIPIENTS  (undeliverable, * duplicate) *****
518165576*     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                  TRENTON NJ 08646-0245
                 (address filed with court:  State of New Jersey,    Department of Treasury,
                   Division of Taxation,    PO Box 245,   Trenton, NJ 08695-0245)
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 10, 2019                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 8, 2019 at the address(es) listed below:
              Darryl Scipio    on behalf of Debtor Kevin  VanPutten attorneyscipio@gmail.com,
               heath@casedriver.com;blake@casedriver.com
              Denise E. Carlon    on behalf of Creditor   Wilmington Savings Fund Society, FSB, as Trustee of
               Stanwich Mortgage Loan Trust A dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com

```
District/off: 0312-2           User: admin                 Page 2 of 2          Date Rcvd: Apr 08, 2019
                               Form ID: 148                Total Noticed: 16
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
         John R. Morton, Jr.    on behalf of Creditor    Santander Consumer USA Inc. ecfmail@mortoncraig.com, mortoncraigecf@gmail.com
         Marie-Ann Greenberg    magecf@magtrustee.com
         Rebecca Ann Solarz    on behalf of Creditor    Wilmington Savings Fund Society, FSB, as Trustee of Stanwich Mortgage Loan Trust A rsolarz@kmllawgroup.com
         U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

         TOTAL: 6